# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louisiana Sheriffs' Pension & Relief Fund<br><br>Plaintiff,<br><br>V.<br><br>Illumina, Inc. et al<br><br>Defendant. | Case No. 23cv02328-MMA-AHG<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   23cv02082-LL-MMP

Title:   Kangas v. Illumina, Inc. et al

Nature of Case:   850 Securities/Commodities

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

New Case #:   23cv2328-LL-MMP

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   12/27/23                                  By:   s/ A. Santiago

A. Santiago, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   12/27/23

Linda Lopez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Linda Lopez and Magistrate Judge Michelle M. Pettit for all further proceedings.

Dated:   12/28/2023

Michael M. Anello
United States District Judge